# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141046 & (6)

JAMES EDWARD SCHMIDT,
     Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
     Defendant.

SC: 141046
AGC: 0493/10

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

On the order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion for default judgment is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

p0830